IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> PLAINTIFF <br><br> v. <br><br> AARON DONALD VALLETT AND A.D.VALLETT & CO, LLC, <br><br> DEFENDANT | CIVIL ACTION FILE NO. 3:10-CV-00551 <br> Judge Haynes |

## ORDER GRANTING FIRST INTERIM APPLICATION OF RECEIVER FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS—CERTIFIED PUBLIC ACCOUNTANTS

This matter coming before the Court upon the First Interim Application of Receiver for Approval of Compensation and Reimbursement of Expenses for Professionals—Certified Public Accountants, notice of such application having been given to all identified parties in interest, it is hereby

ORDERED, the application is hereby approved; it is further

ORDERED, the Receiver is hereby authorized to disburse to the Professionals compensation for professional fees and reimbursement of expenses for the period of retention by the Receiver through May 26, 2011, in the amount of $15,461.50.

IT IS SO ORDERED THIS _11th_ DAY OF _July_, 2010.

_____
William J. Haynes
United States District Judge