IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) CIVIL ACTION FILE NO. 3:10-CV-00551 <br> ) Judge Haynes |
| PLAINTIFF | ) ) |
| v. | ) ) |
| AARON DONALD VALLETT AND A.D.VALLETT & CO, LLC, | ) ) ) |
| DEFENDANT | ) ) ) |

## ORDER GRANTING SECOND INTERIM APPLICATION OF RECEIVER FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS

This matter coming before the Court upon the Second Interim Application of Receiver for Approval of Compensation and Reimbursement of Expenses for Professionals to the firm of Lassiter, Tidwell, Davis, Keller & Hogan, PLLC, notice of such application having been given to all identified parties in interest, it is hereby

ORDERED, the application is hereby approved; it is further

ORDERED, the Receiver is hereby authorized to disburse to LTDKH payment of its professional fees and expenses for the period of November 1, 2010 through March 18, 2011, in the aggregate amount of $144,158.03, less amounts previously paid, but shall withhold 15% of the total amount herein approved, pending final distribution in this case, for a net payment by this application of $50,068.63, and necessary reasonable expenses in the amount of $3,489.78, representing 100% of the total costs requested, and payment of rent of $6,394.00 for the period November 1, 2010 through March 18, 2011.

IT IS SO ORDERED THIS ____21st____ DAY OF ____July____, 2011.

_____
United States District Judge

1