<u>**EXHIBIT B**</u>

<u>**ASSETS TO BE ABANDONED BY THE RECEIVER**</u>

The following are assets of the Receivership Estate that were either taken by foreclosure, stolen or deemed uncollectable by the Receiver. The Receiver is abandoning the Receivership Estate's interest in these assets:

1. 1714 Temple Avenue, Nashville, TN (foreclosed by Bank of America)

2. 6311 Milbrook Road, Brentwood, TN (foreclosed by Bank of America)

3. 2004 BMW X5 4.41 4dr SUV (no value over the lien)

4. John Deere Tractor (stolen. Aaron Vallett filed a police report)

5. Trailer (stolen. Aaron Vallett filed a police report)

6. 100% Ownership interest in A.D. Vallett & Co., LLC (no value)

7. Pete Pantazis draw ($33,423.71)(uncollectable)

8. Ann Oakley draw ($16,236.21)(uncollectable)

9. Chris Cohen draw ($30,793.46)(uncollectable)

10. Bill Taylor draw ($31,226.70)(uncollectable)

11. AG&P ($25,000)(uncollectable)

12. Steve Hoffman ($30,000)(uncollectable)

13. Gerardo Mese-Meares ($5,000)(uncollectable)

14. Lou Perry ($45,000)(uncollectable)

15. Promissory Note-On Demand for $350,000 from ADVCo to AD Vallett Collateral Fund I, LLC (uncollectable)

16. Promissory Note-On Demand for $272,241.41 from ADVCo to AD Vallett Collateral Fund I, LLC (uncollectable)

17. Remaining computers and office supplies (no value)

**Asset and Income Schedule A**

**Balances of Accounts initially received by Receiver**

| Description of Account: | Account Balance when Receiver appointed: |
|---|---|
| 1.  TradePMR Account No. 20887586 (Aaron Vallett) | $ 31.89 |
| 2.  TradePMR Account No. 49617910 (IRA) (Aaron Vallett) | $ 1,317.66 |
| 3.  Bancorp Bank/TradePMR Bank Account No. 0761 (Aaron Vallett) | $ 243.01 |
| 4.  RBC Wealth Management Account No. 770-00697 (A.D. Vallett & Co.) | $ 623,305.08 |
| 5.  Franklin Synergy Bank Account No. 2002459 (Commissions Account/A.D. Vallett & Co.) | $ 8,385.82 |
| 6.  Franklin Synergy Bank Account No. 2002467 (Operations Account/A.D. Vallett & Co.) | $ 4,129.21 |
| 7.  Franklin Synergy Bank Account No. 2002475 (Construction Account/A.D. Vallett & Co.) | $ 5,567.41 |
| 8.  Franklin Synergy Bank Account No. 2002533(ICM/A.D. Vallett & Co) | $ 77,003.67 |
| 9.  MG Trust Company Account No. 07C63QXY (A.D. Vallett's retirement plan account) | $ 13,481.08 |
| 10. TradePMR Account No. 0923 (trading/sundry account for A.D. Vallett & Co). | $ 17,277.38 |
| 11. A.D. Vallett Collateral Fund II RBC Wealth Management Account No. 770-00708 | $ 0.00 |
| 12. A.D. Vallett Income and Opportunity Fund I, LLC Franklin Synergy Bank Account No. 2002509 | $ 21,272.17 |
| 13. A.D. Vallett Income and Opportunity Fund I, LLC RBC Wealth Management Account No. 770-00709 | $ 18,048.49 |
| 14. A.D. Vallett Collateral Fund II Franklin Synergy Bank Account No. 2002491 | $ 800.83 |
| **TOTAL:** | **$ 790,863.70** |

**Asset and Income Schedule B**
**Increase in Accounts Prior to transfer to Receivership Account**

**Description of Account**:                                    **Increase in Account:**

1.  Increase in A.D. Vallett & Co. 401k/                    $       3,449.54
    First TN Brokerage Account No. CFJ-614149

2.  Increase in TradePMR Account No. 49617910               $       1,009.13
    (IRA)(Aaron Vallett)(through 11/19/12)

3.  Deposit into A.D. Vallett & Co. 401k                    $       3,392.32
    from receivership funds to fund missing matches/contributions
    to Plan that occurred prior to Receivership

    **TOTAL:**                                              **$       7,850.99**

**Asset and Income Schedule C**
**Dividends from Receivership Assets**

**Description of Asset**:                                    **Dividend:**

1.  11/19/12 Lightstone REIT Dividend Payment          $        86.30

**TOTAL:**                                              **$        86.30**

**Asset and Income Schedule D**
**Commissions Received by Receiver**

**Description of Commission**                          **Amount of Commission**:

1.  10/20/10 Deposit of Genworth,                      $       302.49
    American General & Standard Commissions

2.  12/16/10 Deposit of Western Reserve Life Commissions     $        44.64

3.  2/27/11 Commissions                                $       110.95

4.   4/14/11 Commissions                               $       142.06

5.  2/17/11 Commissions to Aaron Vallett                $        46.40

6.  4/18/11 Commissions to Aaron Vallett                $       141.80

7.  3/14/12 Western Reserve Life Commission             $         0.93

8.  3/14/12 Western Reserve Life Commission             $        10.23

**TOTAL:**                                             **$       799.50**

**Asset and Income Schedule E**
**Proceeds from sale/settlement of Receivership Assets**

| Description of Asset: | | Proceed/Settlement Amount: |
|---|---|---|
| 1. Lightstone REIT Interest | $ | 13,511.52 |
| 2. 4007 Newman Place, Nashville, TN (net proceeds) (sold on 11/23/10 for $1,250,000 gross sales price) | $ | 188,375.73 |
| 3. 2007 Cadillac STS-V Sedan 4dr (sold on 12/16/10) | $ | 23,712.30 |
| 4. 2009 Harley Davidson FXDF (sold on 3/10/11) | $ | 10,000.00 |
| 5. 1985 Chevy K10 Pickup (sold on 12/2/11) | $ | 1,000.00 |
| 6. 1976 Cadillac El Dorado Convertible (sold on 5/16/11) | $ | 2,800.00 |
| 7. Toyota Landcruiser FJ40 (in parts) (For the parts and some office equipment) | $ | 2,800.00 |
| 8. 43.75% ownership interest in LaGivenchy, LLC | $ | 10,000.00 |
| 9. Loans to LaGivenchy, LLC | $ | 225,000.00 |
| 10. 1996 Cadillac Limo (sold 8/24/12 for $2,690 for limo and computers) | $ | 2,690.00 |
| 11. GMC Sierra Truck (sold on 2/27/11) | $ | 18,700.00 |
| 12. Computers/Equipment Furniture | $ | 4,884.99 |
| 13. Maria Amado's draws and loans/Vincent Giannattasio's draws and loans | $ | 7,900.00 |
| 14. SportsClips Payroll Advance | $ | 4,000.00 |
| 15. M Holdings (overdraw from Collateral Fund I) (Earl Magdovitz) | $ | 15,000.00 |
| 16. Center for Due Diligence/refund for conference | $ | 4,375.00 |
| 17. Furniture for Newman Place (Refunds for returned furniture) | $ | 11,980.56 |
| 18. Unclaimed Funds (Abacus)/State of Tennessee | $ | 299.84 |
| **TOTAL:** | **$** | **547,029.94** |

**Asset and Income Schedule F**
**Proceeds from settlements of Receiver's Claims**

| Description of Claim: | | Settlement Amount: |
|---|---|---|
| 1. Partial Payment of Fritch Settlement per 2010 Settlement with the Fritch Family (11/29/10) | $ | 50,000.00 |
| 2. Payment of Chubb Bond/Fidelity Bond Settlement | $ | 888,237.69 |
| 3. Bank of America Foreclosure Settlement Claim (Milbrook) | $ | 1,000.00 |
| 4. Bank of America Foreclosure Settlement Claim (Temple) Agreement (7/27/11) | $ | 300.00 |
| **TOTAL:** | **$** | **939,257.69** |

**Asset and Income Schedule G**
**Interest on Receivership Bank Accounts/Refunds of Bank Charges**

| <u>Description</u>: | <u>Amount:</u> |
|---|---|
| 1.  Interest from First TN ADV Co Biz Savings<br>Account No. 1806348308 through 10/12/12 (date account closed): | $     793.98 |
| 2.  Interest from First TN ADV I&O Savings<br>Account No. 183424137 through 3/15/12 (date account closed): | $       26.62 |
| 3.  Interest from First TN ADV CFII Savings<br>Account No. 183424130 through 3/15/12 (date account closed): | $         0.17 |
| 4.  Interest from First TN Aaron Vallett Savings<br>Account No. 184305878 through 3/15/12 (date account closed): | $     134.61 |
| 5.  Credit to ADVCo Checking Account No. 183424123(10/1/10)<br>(Refund for check purchase charge): | $     119.80 |
| 6.  Credit to Income & Opportunity First TN Savings<br>Account No. 183424137 (10/1/10)(Refund for check purchase charge): | $     119.80 |
| 7.  Credit to CFII First TN Savings Account No. 183424130 (10/1/10)<br>(Refund for check purchase charge) | $     119.80 |
| 8.  Refund of Paper Statement Fee in Feb. of 2013: | $          3.00 |
| **TOTAL:** | **$   1,317.78** |

**Expenses/Distributions Schedule A**
**Bank wire fees, service charges and check fees**

**Description**:                                                                                       **Amount:**

1.  Wire of $8,385.82 from Franklin Synergy Commissions  to          $          10.00
    First Tn Checking Account No. 183424123

2.  Wire of $8,385.82 from Franklin Synergy Commissions  to          $          10.00
    First Tn Checking Account No. 183424123

3.  Wire of $4,129.21 from Franklin Synergy Operations to            $          10.00
    First Tn Checking Account No. 183424123

4.  Wire of $623,305.08 from RBC to First TN Checking No. 183424123    $          10.00

5.  Wire of $17,277.38 from TradePMR Sundry Account to               $          10.00
    First TN Checking No. 183424123

6.  Wire of $50,000 from Fritch Account to First TN Checking No. 183424123   $   10.00

7.  Wire of $21,272.17 from Franklin Synergy to                      $          10.00
    First TN Income & Opp. Account No. 183424137

8.  Wire of $18,048.49 from RBC Income & Opp. Account to             $          10.00
    First TN Income & Opp. Account No. 183424137

9.  Wire of $800.83 from Franklin Synergy Collateral Fund II Account  $          10.00
    to First TN CFII Account No. 183424130

10.  9/29/10 Harland Clarke Check Order for First TN Account No. 183424123   $   119.80
    (Later refunded)

11. 9/29/10 Harland Clarke Check Order for First TN Account No. 183424137    $   119.80
    (Later refunded)

12. 9/29/10 Harland Clarke Check Order for First TN Account No. 183424130    $   119.80
    (Later refunded)

13. 12/1/10 Service Charge for First TN Account No. 183424123         $          15.00

14. 11/1/10 Service Charge for First TN Account No. 183424130         $          15.00

15. 5/1/12 Service Charge for First TN Account No. 183424123          $          17.00

16. 6/1/12 Service Charge for First TN Account No. 183424123          $          17.00

17. 7/2/12 Service Charge for First TN Account No. 183424123          $          17.00

18. 8/1/12 Service Charge for First TN Account No. 183424123          $          17.00

19. 9/4/12 Service Charge for First TN Account No. 183424123      $      17.00

20. 2/28/13 Paper Statement Fee (later refunded)      $      3.00

**TOTAL:**      **$      567.40**

**Expenses/Distributions Schedule B**
**Salaries/Consulting Fees**

**Description**:                                                      **Amount:**

1.  Salaries for employees retained by the Receiver          $        29,703.28
    to assist with the Receivership Estate

2.  Joanna Fendt Consulting Fee                              $              75.00

**TOTAL:**                                                   **$        29,778.28**

<u>**Expenses/Distributions Schedule C**</u>
<u>**Federal Payroll Taxes**</u>

<u>**Description**</u>:                                        <u>**Amount:**</u>

1.  Federal payroll taxes for employees retained         <u>**$      6,387.72**</u>
    by the Receiver to assist with the Receivership Estate:

**TOTAL:**                                               **$      6,387.72**

**Expenses/Distributions Schedule D**
**Payments to IRS/US Treasury**

**Description**:                                                          **Amount:**

1.  4/29/11 Payment for US Treasury Form 940 Tax          $          56.93
    Paid 12/31/10

2.  4/29/11 Internet Payment by CPA Form 940              $          56.00

3.  4/29/11 Internet Payment by CPA Form 940              $         230.11

4.  7/26/11 IRS Tax Payment (by Sharon Fields)           $          39.50

5.  1/4/11 US Treasury/2010 Form 941                     $       1,923.68

**TOTAL:**                                                $       2,306.22

**Expenses/Distributions Schedule E**
**Payments to TN Department of Revenue**

Description:                                                  Amount:

1.   4/29/11 Payment for Jan. 2011 Quarterly Tax Payment          $       351.00

2.   4/13/12 Payment for Franchise & Excise Tax Return Extension  $       100.00

**TOTAL:**                                                   **$      451.00**

**Expenses/Distributions Schedule F**
**Rent for office space during Receivership**

<u>**Description**</u>:                                                                 <u>**Amount:**</u>

1.  12/15/10 Rent Payment to Lassiter, Tidwell & Davis          $          3,358.00
    (Court Approved)

2.  7/27/11 Rent Payment to Lassiter, Tidwell & Davis           <u>$          6,394.00</u>
    (Court Approved)

**TOTAL:**                                                              **$          9,752.00**

## Expenses/Distributions Schedule G
## Payments to John H. Heldreth & Associates

**Description**:                                                                  **Amount:**

1. 12/15/10 Payment for commission for sales of property and       $        2,700.00
   storage services

2. 2/1/11 Payment for commission for sales of property              $        1,870.00
   and storage services

3. 4/1/11 Payment for commission for sales of property and          $        2,190.30
   storage services

4. 6/13/11 Payment (Commission for sale of Cadillac)                $          280.00

5. 12/8/2011 Payment (Invoice No. 15)                               $          729.75

6. 12/22/11 Payment (Invoice #16)                                   $          100.00
   (Commission for sale of Chevy Truck)

7. 3/4/12 Payment (Invoice No. 21)                                  $          595.00

8. 9/13/12 Payment for 8-7-12 Invoice                               $          357.50

**TOTAL:**                                                          **$        8,822.55**

**Expenses/Distributions Schedule H**
**Attorneys' Fees and Expenses (Lassiter, Tidwell & Davis, PLLC)**

**Description**:                                                    **Amount:**

1.   12/15 Interim Attorneys' Fee Compensation              $        72,461.65
     (Court Approved)

2.   7/27/11 Interim Attorneys' Fee Compensation            $        47,106.36
      (Court Approved)

3.   10/18/12 Final Attorneys' Fees and expenses            $        95,611.11
     (Court Approved) (fees and expenses)

4.   12/15/10 Reimbursement of Expenses                     $         1,987.31
     (Court Approved)

5.   7/27/11 Reimbursement of Expenses                      $_____3,489.78_____
     (Court Approved)

**TOTAL:**                                                  **$     220,656.21**

**Expenses/Distributions Schedule I**
**CPA Fees (Lewis, Smith & Associates, P.C.)**

**Description**:                                          **Amount:**

1.  7/25/11 Payment for interim fee application          $      15,624.62
    (Court Approved)

2.  12/17/12 Payment for final fee application           $      20,218.26
    (Court Approved)

**TOTAL:**                                               $    **35,842.88**

**Expenses/Distributions Schedule J**
**Receiver's Fees and Expenses**

**Description**:                                                    **Amount:**

1.   12/15/10 Payment to Henry E. Hildebrand, III            $         17,293.25
     for Interim Receiver's Fee (Court Approved)
     (An additional $3,051.75 was approved but the
     Receiver held payment until the termination of the
     receivership)

2.   12/17/12 Payment to Henry E. Hildebrand, III            $         19,487.55
     for Final Receiver's Fee and Expenses (Court Approved)
     (This does not include the $3,051.75 hold back
     described above)

3.   Payment to Henry E. Hildebrand, III                     $          3,051.75
     for $3,051.75 holdback fee described above
     (To be paid to Receiver from Receivership account
     upon termination of the Receivership)(Court Approved)

**TOTAL:**                                                   **$         39,832.55**

**Expenses/Distributions Schedule K**
**Expenses/Distributions relating to A.D. Vallett & Co. 401k Plan**

**Description**:                                                       **Amount:**

1.   6/13/11 Fee to Acuff & Associates              $      6,400.00
     (The Receiver hired this company to administer
     plan/file returns)

2.   8/30/11 Payment to Nat'l Financial             $      3,392.32
     FBO A.D. Vallett & Co 401k

3.   12/27/11 Transfer from ADVCO Checking to 401k  $         30.00
     account to cover wire fees

4.   12/27/11 Wire Fee to transfer plan assets to   $         15.00
     new account at First TN

5.   12/29/11 Distribution to Staci M. Barker       $        658.20

6.   12/29/11 Distribution to Daniel M. Corrigan    $        335.52

7.   12/29/11 Distribution to Andrew Erickson       $        169.32

8.   12/29/11 Distribution to Joanna Creager        $      1,430.84

9.   12/29/11 Distribution to Benjamin W. Keith     $        701.15

10.  12/29/11 Distribution to Charles Kennedy       $        288.71

11.  12/29/11 Distribution to Suzanne E. Lawing     $        529.59

12.  12/29/11 Distribution to Ivonne Roque-Osorio   $        175.15

13.  12/29/11 Payment to Charles Schwab & Co.       $        512.46
     FBO Courtenay Shipley

14.  12/29/11 Payment to Charles Schwab & Co.       $      3,245.33
     FBO Courtenay Shipley

15.  12/29/11 Distribution to Nicole M. Clemmer     $      2,038.60

16.  3/14/12 Fee to Acuff & Associates for final return for plan   $      200.00

**TOTAL:**                                          **$     20,122.19**

**Expenses/Distributions Schedule L**
**Payments to 401k Plans Covered by Chubb/Fidelity Bond**

**Description**:                                                    **Amount:**

1.  8/30/11 Payment to Project Camp, Inc.              $          89,828.62
    401k Profit Sharing Plan & Trust

2.  8/30/11 Payment to Timothy E. McNutt, Sr. DDS      $         444,438.19
    401k Profit Sharing Plan

3.  8/30/11 Payment to Southeastern Building           $         265,345.38
    401k Profit Sharing Plan

4.  8/30/11 Payment to The Wiley Group                 $          33,625.50
    401k Profit Sharing Plan & Trust

**TOTAL:**                                             **$         833,237.69**

## Expenses/Distributions Schedule M
## Distributions to Investor Victims

**Description**:                                                   **Amount:**

| | | |
|---|---|---|
| 1. | Distribution to Carlos Amado | $ 6,209.45 |
| 2. | Distribution to Jason Armstrong | $ 3,302.99 |
| 3. | Distribution to Jody V. Carter | $ 30,501.45 |
| 4. | Distribution to Michael W. Carter | $ 33,029.89 |
| 5. | Distribution to Carmela Caruso | $ 3,150.70 |
| 6. | Distribution to David & Martha Feinstein | $ 40,131.32 |
| 7. | Distribution to Ray & Karen Hamilton | $ 1,651.49 |
| 8. | Distribution to Sue Ann Hardin | $ 1,651.49 |
| 9. | Distribution to Shane Ireland | $ 3,302.99 |
| 10. | Distribution to Milton & Lynette Less | $ 41,287.36 |
| 11. | Distribution to Mary C. Martin | $ 42,938.86 |
| 12. | Distribution to Catherine Pedigo | $ 1,651.49 |
| 13. | Distribution to Weslee Washington | $ 28,075.41 |
| 14. | Distribution to Michael O'Brien | $ 18,563.85 |
| 15. | Distibution to the Trustee of the Eileen H. Dithridge Trust | $ 75,429.12 |
| 16. | Distribution to W R and Salter Rackley | $ 274,993.07 |
| 17. | Distribution to C. David & Mary Keith | $ 46,241.85 |
| 18. | Distribution to Marie Francis | $ 14,863.45 |
| 19. | Distribution to the Trustee of the Guy Francis Trust | $ 44,590.35 |
| 20. | Distribution to Mr. & Mrs. Fritch | $ 359,200.00 |

**TOTAL:**                                                   **$ 1,070,766.58**

**Expenses/Distributions Schedule N**
**Payments to US Trustee for Bankruptcy Filing Fees**

**Description**:                                                           **Amount:**

1.  11/1/10 Check to US Trustee from ADVCo                    $          325.00
    Checking/First TN Account No. 183424123

2.  11/1/10 Check to US Trustee from ADV CFII                 $          325.00
    Savings/First TN Account No. 183424130

3.   11/1/10 Check to US Trustee from ADV Income & Opportunity   $      325.00
    Savings/First TN Account No. 183424137

4.  12/15/11 Check to US Trustee for ADVCO                    $          325.00

5.  2/15/11 Check to US Trustee for ADV CFII                  $          325.00

6.  2/15/11 Check to US Trustee for ADV Income & Opportunity  $          325.00

**TOTAL:**                                                    **$       1,950.00**

**Expenses/Distributions Schedule O**
**Miscellaneous Expenses**

| Description: | | Amount: |
|---|---|---|
| 1. 2/15/11 Check to Agents & Corporations Inc. (for A.D. Vallett Collateral Fund I agent for process) | $ | 90.00 |
| 2. 2/15/11 Check to Agents & Corporations Inc. (for A.D. Vallett Collateral Fund II agent for process) | $ | 90.00 |
| 3. 2/15/11 Check to Agents & Corporations Inc. (for A.D. Vallett & Co. Income & Opportunity agent for process) | $ | 90.00 |
| 4. 4/1/11 Check to Brentwood Court Reporting Services for Deposition Services | $ | 1,356.50 |
| 5. 4/15/11 Check to Nicole Clemmer for Reimbursement of Equipment Expense (Thumb Drive) | $ | 26.83 |
| 6. 7/25/11 Check to Virginia Way, LLC for Rent for 8/18/10-8/31/10 (rent to office landlord) | $ | 2,521.87 |
| 7. 4/13/12 Check to Logic Force Consulting (retainer for computer imaging) | $ | 1,000.00 |
| 8. 5/14/12 Check to Logic Force Consulting (for balance for computer imaging) | $ | 1,680.00 |
| 9. Decrease in Bancorp Bank/TradePMR Bank Account No. 0761 (Aaron Vallett) from $243.01 to $89.87 | $ | 153.14 |
| 10. Reimbursement for postage expenses | $ | 4.29 |
| **TOTAL:** | **$** | **7,012.63** |